No. D–900.   IN RE DISBARMENT OF SKEVIN.   It is ordered that John M. Skevin, of Hackensack, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.